UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL GADDY,

    Plaintiff,

  v.

DR. N. ADAM,

    Defendant.

Case No. 14-cv-01642-HSG (PR)

**JUDGMENT**

For the reasons set forth in the Order Granting Defendant's Motion for Summary Judgment, judgment is entered in favor of defendant and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 5/1/2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge